# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JAMES D. ADAMS & JENNIFER L. ADAMS  
3407 GILBERT AVENUE  
ROCKFORD, IL  61101  

Case Number: 07-72484  
SSN-xxx-xx-9635 & xxx-xx-7894

Case filed on: 10/15/2007  
Plan Confirmed on:

X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $791.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY DAVID H CARTER | 0.00 | 0.00 | 0.00 | 0.00 |
|     | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JAMES D. ADAMS | 0.00 | 0.00 | 582.45 | 0.00 |
|     | Total Debtor Refund | 0.00 | 0.00 | 582.45 | 0.00 |
| 001 | AMCORE BANK NA | 3,181.17 | 3,181.17 | 107.52 | 87.48 |
| 002 | ASC | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AMERICIAS SERVICING COMPANY | 19,815.63 | 0.00 | 0.00 | 0.00 |
|     | Total Secured | 22,996.80 | 3,181.17 | 107.52 | 87.48 |
| 004 | ACE AMERICA'S CASH EXPR | 231.00 | 231.00 | 0.00 | 0.00 |
| 005 | ACE AMERICA'S CASH EXPR | 544.75 | 544.75 | 0.00 | 0.00 |
| 006 | ADVANCE AMERICA | 0.00 | 540.00 | 0.00 | 0.00 |
| 007 | ADVANCE CASH EXPRESS | 300.00 | 300.00 | 0.00 | 0.00 |
| 008 | ALL CREDIT LENDERS | 0.00 | 1,064.00 | 0.00 | 0.00 |
| 009 | AMERICASH LOANS LLC | 424.51 | 424.51 | 0.00 | 0.00 |
| 010 | AMERICREDIT | 10,409.04 | 10,409.04 | 0.00 | 0.00 |
| 011 | COTTONWOOD FINANICAL | 919.66 | 919.66 | 0.00 | 0.00 |
| 012 | CASH CALL | 0.00 | 2,891.00 | 0.00 | 0.00 |
| 013 | CASH STORE | 0.00 | 543.00 | 0.00 | 0.00 |
| 014 | CHASE RECEIVABLE | 0.00 | 335.00 | 0.00 | 0.00 |
| 015 | NORTHLAND GROUP | 0.00 | 476.00 | 0.00 | 0.00 |
| 016 | RRWRD | 0.00 | 100.00 | 0.00 | 0.00 |
| 017 | SOUTHWEST CREDIT | 0.00 | 206.00 | 0.00 | 0.00 |
| 018 | TARGET NATIONAL BANK | 335.95 | 335.95 | 0.00 | 0.00 |
| 019 | UNITED CONSUMER | 0.00 | 1,840.00 | 0.00 | 0.00 |
| 020 | US CELLULAR | 0.00 | 1,800.00 | 0.00 | 0.00 |
| 021 | VERIZON WIRELESS | 0.00 | 1,000.00 | 0.00 | 0.00 |
| 022 | ECAST SETTLEMENT CORPORATION | 1,335.40 | 1,335.40 | 0.00 | 0.00 |
| 023 | TARGET NATIONAL BANK | 326.07 | 326.07 | 0.00 | 0.00 |
| 024 | CAPITAL ONE | 894.34 | 894.34 | 0.00 | 0.00 |
| 025 | AMERICASH LOANS LLC | 459.43 | 459.43 | 0.00 | 0.00 |
| 026 | ROUNDUP FUNDING LLC | 511.36 | 511.36 | 0.00 | 0.00 |
|     | Total Unsecured | 16,691.51 | 27,486.51 | 0.00 | 0.00 |
|     | Grand Total: | 39,688.31 | 30,667.68 | 689.97 | 87.48 |

Total Paid Claimant:    $777.45  
Trustee Allowance:      $13.55  
Percent Paid Unsecured:   0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008          By  /s/Heather M. Fagan